IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JIMMY LAMAR BERRY,            )<br>                              )<br>    Petitioner,              )<br>                              )<br>    v.                        )<br>                              )<br> STATE OF ALABAMA,             )<br>                              )<br>    Respondent.               ) | CIVIL ACTION NO.<br>  1:20cv585-MHT<br>       (WO) |

**ORDER**

Before the court is petitioner's motion to stay proceedings in this habeas action pending his exhaustion of his available state-court remedies. The court directed respondent to file a response to petitioner's motion to stay, and respondent filed a response stating it has no objection to the motion. *See* Response to Motion to Stay (Doc. 14).*

---

* In addition, in his response to respondent's answer and supplemental answer, petitioner reasserted his request to stay the proceedings to allow him to exhaust his available state court remedies. *See* Response to Answer and Supplemental Response (Doc. 19) at 4-5. And, again, respondent did not note an objection to petitioner's reasserted request for a stay.

\*\*\*

Accordingly, it is hereby ORDERED that:

(1) Petitioner's motion to stay proceedings (Doc. 12) is granted.

(2) The proceedings before this court are stayed pending petitioner's exhaustion of his available state-court remedies.

(3) Beginning on October 5, 2022, the parties shall file a joint status report on the first Tuesday of April and October thereafter concerning the status of petitioner's state-court proceedings and continue to do so until petitioner has exhausted his state-court remedies.

The clerk of court is DIRECTED to close this case administratively.

DONE, this the 21st day of September, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE