IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **JIMMY LAMAR BERRY,** )<br>)<br>   Petitioner, )<br>) <br>   v. )<br>)<br>**STATE OF ALABAMA,** )<br>)<br>   Respondent. ) | <br><br><br>CIVIL ACTION NO.<br>1:20cv585-MHT<br>(WO) |

## JUDGMENT

Upon consideration of petitioner's motion to voluntarily dismiss (Doc. 21), it is ORDERED that the motion is granted, and this case is dismissed without prejudice.

This case is closed.

DONE, this the 7th day of October, 2022.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**